IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN MARK WHITTEN, #179726,  )  <br> ) <br> Petitioner,   ) <br> ) <br> v.   ) <br> ) <br> ) <br> ) <br> FREDDIE BUTLER, et al.,   ) <br> ) <br> Respondents.   ) | CIVIL ACTION NO. 3:09-CV-201-TMH <br> [WO] |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on April 29, 2009 (Court Doc. No. 13), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from April 29, 2009 to and including May 26, 2009 to file a response to the order entered on April 9, 2009 (Court Doc. No. 9).

Done this 1st day of May, 2009.

      /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE